# In The United States Court of Federal Claims

No. 11-658L

(Filed: October 15, 2012)

_____

SKOKOMISH INDIAN TRIBE, ET AL.,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Tuesday, October 23, 2012, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                           Judge