# In The United States Court of Federal Claims

No.  11-658L

(Filed:  October 15, 2012)

_____

SKOKOMISH INDIAN TRIBE, ET AL.,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A telephonic preliminary status conference will be held in this case on Tuesday, October 23, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                            s/ Francis M. Allegra_____
                            Francis M. Allegra
                            Judge