# In The United States Court of Federal Claims

No. 11-658L

(Filed: October 23, 2012)

_____

SKOKOMISH INDIAN TRIBE, ET AL.,

          Plaintiffs,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

      Today, a preliminary status conference was held in this case. Participating in the conference were Mason D. Morisset for plaintiff, and Maureen E. Rudolph for defendant. Based on discussions during the conference, the court adopts the following schedule:

1. On or before October 26, 2012, defendant shall file its motion to dismiss, which brief shall not exceed fifty-five pages;

2. On or before December 10, 2012, plaintiffs shall file their response to defendant's motion, which brief shall not exceed fifty-five pages; and

3. On or before January 8, 2013, defendant shall file its reply to plaintiffs' response, which brief shall not exceed thirty pages.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge