# In The United States Court of Federal Claims

No. 11-658L

(Filed: June 25, 2013)

_____

SKOKOMISH INDIAN TRIBE, ET AL.,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic oral argument on defendant's motion to dismiss will be held in this case on Wednesday, September 11, 2013, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the schedule argument time.

**IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge